IN AND FOR THE MIDDLE DISTRICT COURT
FOR JACKSONVILLE FLA.

CASE # FOR HEAVEN AND
ON EARTH.

MASONIC TEMPLER KNIGHT
  ((IACOMUS))
SIR, JAMES ANTHONY BLOH III
           FOR
     ((THE SUN))

3:23-cv-1381-TJC-JBT



THE STATE OF FLORIDA

    MOTION TO APPEAL
    VERDICT OF GUILT, AND TO
    CHANGE ((SUNDAY)) BACK TO
    THE FIRST DAY OF THE WEEK
    AND FROM OFF THE CROSS
    AS THE LAST.

1

On this day of November 18, 2023 the Plaintiff Masonic Templer Knight ((Iacomus)) for ((THE SUN)) now appeals the verdict of guilt found at first appearance trial hearing for probable cause against ((THE SUN)) Sir, James Anthony Blow III, now and does state that the Good Golden Sun was never given proper counsel.

Sir, James Anthony Blow III, now and does state that the Good Golden Sun was never given a chance to take the stand or call witness in and for the defense of one being ((THE SUN)).

Masonic Templer Knight ((Iacomus)) being one Sir, James Anthony Blow III now and does state for the SUN that the trial courts did commit violation of due process rights life, liberty, and limb against ((THE SUN)).

The SUN was never allowed to confront any accusers at 1st appearance trial hearing to find probable cause for arrest report.

Sir, James Anthony Blow III, now and does state that the trial courts did commit treason against the Constitutional United States of America rights for one being ((THE SUN)).

The trial court did commit prejudice against ((THE SUN)).

The trial court did commit false practice against (THE SUN).



2

THE TRIAL COURT DID COMMIT JUDICIAL MISCONDUCT AGAINST (THE SUN).
THE TRIAL COURT DID COMMIT DOUBLE JEOPARDY AGAINST (THE SUN).
THE TRIAL COURT DID COMMIT TREASON AGAINST ((THE SUN)).
THE TRIAL COURT DID VIOLATE ALL DUE PROCESS RIGHTS AGAINST ((THE SUN)).

THE TRIAL COURT DID VIOLATE ALL DUE PROCESS RIGHTS RIGHTS AGAINST THE UNITED STATES CONSTITUTION AMMENDMENTS AND RIGHTS AGAINST ((THE SUN)) WHO IS INDEED OUR FATHER. THE GOOD GOLDEN GOD.

THIS MOTION IS NOW ALIVE, AND WAS WRITTEN IN GOOD STANDING FOR THE SUN AND SUM OF ALL MEN/WOMEN/ AND LITTLE CHILDREN PRISONERS/SLAVES/AND ALL INMATES DETAINED IN JAIL OR HATE/HELL. THIS MOTION IS NOW IN FAVOR FOR THE SUN, THE GOOD, GOLDEN, GOD FOR ALL MAN, AND MANKIND.

3

WITNESS

MASONIC TEMPLER KNIGHT ((IACOMUS)) BEING ONLY ONE SIR, JAMES ANTHONY BLOW III

GOOD GOLDEN GOD

IN GOOD WE TRUST

SIGN
* SIR, James A. Blow III
* PRINT, JAMES A. BLOW III
* NOV 19, 2023

4