UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES ANTHONY BLOW III,

        Plaintiff,

v.     Case No. 3:23-cv-1381-BJD-JBT

STATE OF FLORIDA,

        Defendant.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, a detainee at the Brevard County Jail, is proceeding *pro se*. Plaintiff filed a document titled "Motion to Appeal Verdict of Guilt, and to Change ((Sunday)) Back to the First Day of the Week and From Off the Cross as the Last" (Doc. 1) dated November 19, 2023, in which he seemingly wishes to appeal his verdict of guilt in an unknown criminal case.

It is not clear what type of lawsuit Plaintiff intends to bring. If Plaintiff seeks to challenge a state court judgment of conviction or sentence, he may initiate a habeas corpus case. To the extent Petitioner requests that this Court interfere with his ongoing state court proceeding, the Court declines to do so. If Plaintiff seeks to allege that the conditions of his confinement are unconstitutional, he may initiate a civil rights action. The Court has approved the use of forms for civil rights and habeas corpus cases, and Plaintiff will be

provided with copies of these forms. *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]").

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form, a habeas corpus petition form, and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of November, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 11/28
c:
James Anthony Blow III, #2023-00013005